IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADYOULI BEDJAN,<br><br>                Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE,*/ Commissioner of Social Security,<br><br>                Defendant. | No. 1:05-cv-00375-JKS<br><br>JUDGMENT |

       The Court having entered its Memorandum Decision of even date herewith disposing of all issues raised by the parties,

       IT IS ORDERED, DECREED, AND ADJUDGED THAT the decision of the Commissioner of Social Security is REVERSED and the matter REMANDED with directions to:

1. Expand the record to the extent necessary to determine at what date prior to December 22, 2001, Bedjan became disabled within the meaning of the Social Security regulations; and

2. Reconsider the ultimate decision giving proper weight to the opinion of the treating physician and testimony of the claimant under *Orn v. Astrue*, 495 F.3d 625 (9th Cir. 2007).

3. The Commissioner may permit the parties to expand the record, if a request to do so is made.

       Dated: September 26, 2007.

                                                              s/ James K. Singleton, Jr.
                                                           JAMES K. SINGLETON, JR.
                                                           United States District Judge

---

      */ Michael J. Astrue is substituted for his predecessor Jo Anne Barnhart as Commissioner of the Social Security Administration. FED. R. CIV. P. 25(d)(1).